UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINO'S PIZZA FRANCHISING, LLC., and
DOMINO'S PIZZA MASTER ISSUER, LLC.,

Plaintiffs,                                                          Case No. 09-14704
                                                                              Hon. Lawrence P. Zatkoff

vs.

CALVIN YEAGER,
VALLEY PIZZA, INC., and
LAKESIDE PIZZA, INC.,

Defendants.
_____/

## ORDER

On January 22, 2010, the Court ordered Defendants to show cause, no later than 5:00 p.m. on Friday, January 29, 2010, as to why the Court should not enter a default judgment against Defendants for failing to timely answer Plaintiffs' complaint. Defendants have not complied with the Court's order. Therefore, the Court HEREBY ORDERS that a default judgment shall be entered against Defendants in this matter.

IT IS SO ORDERED.

                                                                S/Lawrence P. Zatkoff
                                                                LAWRENCE P. ZATKOFF
                                                                UNITED STATES DISTRICT JUDGE

Dated: February 23, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 23, 2010.

S/Marie E. Verlinde
Case Manager
(810) 984-3290